October 16, 1908.) Action by Josephine Mc-Closkey, an infant, by James F. McCloskey, her guardian ad litem, against the Degnon Contracting Company. No opinion. Judgment and order unanimously affirmed, with costs.

McCORMICK, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 17, 1908.) Action by James A. McCormick against the Syracuse Rapid Transit Railway Company.

PER CURIAM. Judgment of County Court and Municipal Court reversed, with costs. Held that, if plaintiff was entitled to a transfer from the Dudley to the Elmwood line, defendant's offer of a transfer to the latter line at South West street fully met its obligation; it appearing that the passage over its lines thus offered to plaintiff was over the most direct and a reasonably convenient route to his destination.

SPRING and KRUSE, JJ., dissent.

McCORMICK, Respondent, v. SYRACUSE RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by James A. McCormick against the Syracuse Rapid Transit Company. No opinion. Motion for leave to appeal to Court of Appeals granted.

McDONALD, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by James McDonald against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

McDOUGALL, Respondent, v. CITY OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by James S. McDougall against the city of Buffalo and another. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

McGILL, Respondent, v. BRADY et al., Appellants. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Nelson A. McGill against John F. Brady and another. J. A. Delehanty, for appellants. C. W. Sinnott, for respondent. No opinion. Judgment modified, by deducting therefrom $914.36, with interest from the date of the commencement of the action, and, as modified, affirmed, without costs. Settle order on notice.

McGOWAN, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by George T. McGowan, an infant, etc., against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents.

McGRATH, Respondent, v. REMNEK, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Thomas McGrath, as administrator, etc., of Margaret McGrath, deceased, against Abraham Remnek. No opinion. Judgment and order unanimously affirmed, with costs.

McKANE, Appellant, v. DADY et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Theodore McKane against Michael J. Dady and others. No opinion. Orders affirmed, with $10 costs and disbursements. See, also, 112 N. Y. Supp. 650.

MacMAHON, Respondent, v. MYERS et al., Appellants. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Stephen A. MacMahon against Saul S. Myers and others. S. S. Myers, for appellants. A. Thain, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 112 N. Y. Supp. 1028.

MAGAGNOS, Appellant, v. P. H. OHMEIS & CO., Respondents. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Everett Magagnos against P. H. Ohmeis & Co. J. F. McIntyre, for appellant. F. V. Johnson, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

MAHER et al., Respondents, v. JONES, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by John L. Maher and others against Robert E. Jones. No opinion. Order affirmed, with $10 costs and disbursements.

MAHER et al., Respondents, v. JONES, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by John L. Maher and others against Robert E. Jones. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

MAHON, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by John Mahon against the Brooklyn Heights Railroad Company. No opinion. Order unanimously affirmed, with costs.

MAHONEY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by John Mahoney against the city of New York. No opinion. Motion denied. Order filed.

MAIMONE, Respondent, v. NEW YORK LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Anthony Maimone against the New York Life Insurance Company. C. S. Patrasch, for appellant. H. S. Bird, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MAISCH, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate